UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 AUG 21  P 2:32

Plaintiff(s): Josephine Amatucci

v.

Defendant(s): Police Officer James O'Brien ET AL

Case No. 1:13-MC-00039 / 1:15-cv-00300 (crossed out)

MOTION TO/FOR: Motion For Court To Take Notice
(enter title of motion)

Please ignore any issue that the Plaintiff did not redact in her Amended New Cause of Action in this case which should have been redacted.

This is to advise the Court that the Plaintiff will have exculpatory evidence sent for this case by Tues.

Also, 2 recordings of hearings will be sent - Sept. 3, when Plaintiff gets her Social Security check to make copies.

Thank you

Josephine Amatucci

(Attach additional sheets if necessary)

Date: 8/21/2015

_Josephine Amatucci_
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☐ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

> NONE IS REQUIRED

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(s):

> Police Officer James O'Brien
> Wolfeboro Police Dept.
> South Main St.
> Wolfeboro, N.H. 03894
> +
> Town of Wolfeboro, S. Main St. Wolfeboro 03894

Person(s) served by hand:

> Mailed

Date of Service: 8/21/2015

Signature: Josephine Amatucci

Name: Josephine Amatucci

Address: P.O. Box 272, Wolfeboro Falls, N.H. 03896

Phone: (603) 569-2429

Email: