```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                          Civil No. 15-cv-00356-JL

James O'Brien et al

<u>O R D E R</u>

After due consideration of the objection and supplements thereto filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 5, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 19, 2016

cc:    Josephine Amatucci, pro se
        Garry Lane, Esq.