UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                                Civil No. 15-cv-356-JL

O'Brien et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 19, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: November 3, 2016

cc:   Josephine Amatucci, pro se
      Garry R. Lane, Esq.
      Mark H. Puffer, Esq.