UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

     v.                                              Civil No. 15-cv-356-JL

O'Brien et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 2, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief, U.S. District Judge

Date: January 13, 2017

cc:   Josephine Amatucci, pro se
       Garry R. Lane, Esq.
       Mark H. Puffer, Esq.