```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

     v.                                       Civil No. 15cv356-JL

O'Brien et al

## O R D E R

After due consideration of the objection, responses and reply filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 18, 2017.

SO ORDERED.

_____
Joseph N. Laplante
Chief U.S. District Judge

Date: February 14, 2017

cc: Josephine Amatucci, pro se
    Garry R. Lane, Esq.
    Mark H. Puffer, Esq.